UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KAREN MOUZON and K.W. *a minor*,     )
    Plaintiffs,     )
         )
v.     )     **JUDGMENT**
         )
         )     No. 5:18-CV-357-FL
         )
COMMISSIONER OF SOCIAL SECURITY)
    Defendant.     )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation of the United States Magistrate Judge, to which objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 27, 2019, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is denied and defendant's motion for judgment on the pleadings is granted.

**This Judgment Filed and Entered on September 27, 2019, and Copies To:**
Karen Mouzon (via US mail) 4743 Hwy 70 E, Goldsboro, NC 27534
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)


September 27, 2019                    PETER A. MOORE, JR. CLERK
                                         /s/ Sandra K Collins
                                         (By) Sandra K Collins, Deputy Clerk